No. 554. NORMAN S. BOWLES *v.* W. I. BIDDLE, WARDEN. Appeal from the District Court of the United States for the District of Kansas.  Motion to dismiss submitted. June 1, 1926.  Decided June 7, 1926.  *Per Curiam.*  Motion to dismiss the appeal as moot granted and the order denying the writ of habeas corpus vacated, with directions to the District Court of the United States for the District of Kansas to dismiss the petition.  *Solicitor General Mitchell, Assistant Attorney General Luhring,*

and *Mr. Harry S. Ridgely* for appellee, in support of the motion. *Mr. Norman S. Bowles, pro se,* in opposition thereto.